## AFFIDAVIT OF SERVICE

INDEX #: **1:25-CV-00774-TAM**
DATE FILED: **2/12/2025**
ATTORNEY: **JOSEPH & KIRSCHENBAUM LLP**
32 BROADWAY SUITE #601 NEW YORK NY 10004 (212)688-5640

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK**

**HAMILCAR BARCA, ON BEHALF OF HIMSELF AND
OTHERS SIMILARLY SITUATED,**
Plaintiff(s)
- against -
**URBAN STRATEGIES MANAGEMENT CORP.,**
Defendant(s)

**STATE OF NEW YORK:
COUNTY OF ALBANY:**   ss:

STEF MARIE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **02/26/2025, 03:20PM** at **99 WASHINGTON AVENUE, 6TH FLOOR, ALBANY, NEW YORK 12231**, deponent served a **SUMMONS IN A CIVIL ACTION AND COMPLAINT** upon **URBAN STRATEGIES MANAGEMENT CORP.**, a defendant in the above captioned matter.

Deponent served **SUE ZOUKY**, a person authorized by the **NEW YORK Secretary of State** to accept service of process, with **2 copies** of the above described papers and the statutory fee of **$40.00** pursuant to section **306B** of the **NY BUSINESS CORPORATION LAW**.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Perceived Gender **F**   Approximate age **56**   Approximate height **5'02"**   Approximate weight **140**   Perceived Race **WHITE**
Color of hair **BROWN**

Sworn to before me on 02/27/2025
DAVID POST NO. 01P06427868
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES ON 01/03/2026

x _S. marie_
STEF MARIE

SERVING BY IRVING INC.
18 EAST 41 STREET SUITE #1600 NEW YORK, NY 10017 (212)233-3346